## POTTS v. THE STATE.

(Decided December 16, 1915.)

APPEAL from Tuscaloosa County Court.

Heard before Hon. H. B. FOSTER.

W. J. MONETTE, and H. L. SMITH, for appellant. W. L. MARTIN, Attorney General, for the State.

BROWN, J.—No bill of exceptions, no error of record. Affirmed.

---

## REED v. THE STATE.

(Decided February 3, 1916.)

APPEAL from Marshall Circuit Court.

Heard before Hon. W. W. HARALSON.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

PER CURIAM.—Appeal dismissed.

---

## REPUBLIC IRON & STEEL COMPANY v. LIVERY.

(Decided November 23, 1915.)

APPEAL from Birmingham City Court.

Heard before Hon. JOHN C. PUGH.

PERCY, BENNERS & BURR, for appellant. HARSH, HARSH & HARSH, for appellee.

PER CURIAM.—Appeal dismissed.

---

## RIGGINS v. THE STATE.

(Decided November 11, 1915.)

APPEAL from Chilton Circuit Court.

Heard before Hon. W. W. PEARSON.

J. F. STALLINGS, for appellant. W. L. MARTIN, Attorney General, for the State.

PER CURIAM.—Appeal dismissed.